MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

S. WAQAR HASIB  (CABN 234818)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: waqar.hasib@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12-0010-EMC |
| ) | |
| Plaintiff, ) | |
| ) | [PROPOSED] ORDER EXCLUDING |
| v. ) | TIME FROM FEBRUARY 29, 2012, TO |
| ) | APRIL 4, 2012 |
| ARMANDO ANTONIO MONROY and ) | |
| JORGE PERAZA-RIVAS,, ) | |
| ) | |
| Defendants. ) | |
| ) | |

     The defendants, Armando Antonio Monroy and Jorge Peraza-Rivas, represented by Assistant Federal Public Defender Ronald Tyler and Alan Dressler, Esquire, respectively, and the government, represented by Assistant United States Attorney S. Waqar Hasib, appeared before the Court on February 29, 2012, for a status hearing.  The parties represented that discovery was ongoing, and that defense counsel needed an opportunity to review said discovery and evaluate the case.  The parties jointly requested a continuance of the matter until April 4, 2012.

     Counsel for the defendants requested that time be excluded under the Speedy Trial Act

ORDER EXLUDING TIME
Case No. CR 12-0010-EMC

1  between February 29, 2012, and April 4, 2012, to review the discovery and to conduct necessary
2  investigation. The government stated it had no objection to excluding time. The Court orally
3  ordered the time excluded, and instructed the government to file a proposed order as such.
4        Based upon the representation of counsel and for good cause shown, the Court finds that
5  failing to exclude the time between February 29, 2012, and April 4, 2012, would unreasonably
6  deny the defendant continuity of counsel and would deny counsel the reasonable time necessary
7  for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §
8  3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time
9  between February 29, 2012, and April 4, 2012, from computation under the Speedy Trial Act
10 outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS
11 HEREBY ORDERED that the time between February 4, 2012, and April 4, 2012, shall be
12 excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

15 DATED: _____4/6/12_____

IT IS SO ORDERED

Judge Edward M. Chen