1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  S. WAQAR HASIB  (CABN 234818)
   Assistant United States Attorney
5     450 Golden Gate Ave., Box 36055
      San Francisco, California 94102
6     Telephone:  (415) 436-7200
      Fax: (415) 436-7234
7     E-Mail: waqar.hasib@usdoj.gov

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,        )   No. CR 12-0010-EMC
14                                  )
            Plaintiff,               )
15                                  )   [PROPOSED] ORDER EXCLUDING
       v.                           )   TIME FROM JULY 18, 2012 TO
16                                  )   SEPTEMBER 12 , 2012
   ARMANDO ANTONIO MONROY and       )
17 JORGE PERAZA-RIVAS,              )
                                    )
18          Defendants.              )
                                    )
19

20      The defendants, Armando Antonio MONROY and Jorge Peraza-Rivas, represented by

21 Federal Public Defender Steven Kalar and attorney Alan Dressler, respectively, and the

22 government, represented by S. Waqar Hasib, Assistant United States Attorney, appeared before

23 the Court on July 18, 2012, for a status hearing.  The parties represented that discovery was

24 ongoing.  The parties jointly requested a continuance of the matter.

25      The matter was continued to September 12, 2012, at 2:30 p.m. to set further proceedings.

26 The parties jointly requested that time be excluded under the Speedy Trial Act between July 17,

27 2012, and September 12, 2012, because discovery was still ongoing, and that the parties needed

28 the remaining period of time to review the discovery and to conduct necessary investigation.

ORDER EXLUDING TIME
Case No. CR 12-0010-EMC

1  Based upon the representation of counsel and for good cause shown, the Court finds that
2  failing to exclude the time between July 18, 2012, and September 12, 2012, would unreasonably
3  deny the defendants continuity of counsel and would deny counsel the reasonable time necessary
4  for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §
5  3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time
6  between July 18, 2012, and September 12, 2012, from computation under the Speedy Trial Act
7  outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS
8  HEREBY ORDERED that the time between July 18, 2012, and September 12, 2012, shall be
9  excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

       7/24/12
DATED: _____

HON. EDWARD M. CHEN
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen