MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

S. WAQAR HASIB (CABN 234818)
ALEXANDRA P. SUMMER (CABN 266485)
Assistant United States Attorneys
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: alexandra.summer@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 12-CR-00010-EMC |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER EXCLUDING |
| ) | TIME UNDER THE SPEEDY TRIAL ACT |
| v. ) | |
| ) | |
| ARMANDO ANTONIO MONROY ) | |
| and JORGE PERAZA-RIVAS, ) | |
| ) | |
| Defendants. ) | |

     The above-captioned matter came before the Court on November 14, 2012, for a status conference.  The United States was represented by AUSAs Waqar Hasib and Alexa Summer.  Defendant Monroy was represented by Steven Gruel, and defendant Peraza-Rivas was represented by Alan Dressler.  The Court set the case for a further status conference on January 16, 2013.

     Based upon the discovery produced by the government to the defendants, the parties agreed and requested that an exclusion of time be granted from and including November 14, 2012, through and including January 16, 2013.  The parties agreed that the additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(7)(A), because the

[PROPOSED] ORDER EXCLUDING TIME
No. 12-CR-00010-EMC

1  needs of justice served by the continuance outweigh the best interest of the public and the
2  defendants in a speedy trial.  This time exclusion will allow counsel for the defendants and the
3  government effectively to prepare, taking into account the exercise of due diligence.
4       As found during the November 14, 2012 status conference, the Court finds that the time
5  from and including November 14, 2012 (which was the date through which a prior time
6  exclusion ran), through and including January 16, 2013, should be excluded under the Speedy
7  Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by such exclusion
8  outweigh the best interest of the public and defendants in a speedy trial.  This finding is based
9  upon the need for the defendants and the government to have reasonable time necessary for
10 effective preparation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

12      IT IS SO ORDERED.

14 DATED: November _16, 2012

