ALAN A. DRESSLER, ESQ. (SBN #56916)
400 Montgomery St., Suite 200
San Francisco, California 94104
Tel.:      (415) 421-7980
Fax:      (415) 421-7021
E-mail :   alandressler@aol.com

Attorney for Defendant Jorge Peraza-Rivas

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ARMANDO ANTONIO MONROY and JORGE PERAZA-RIVAS,<br><br>    Defendants. | No. CR 12-00010 EMC (MEJ)<br><br>STIPULATION AND [P~~ROPOSED~~] ORDER RE BRIEFING SCHEDULE AND HEARING DATE RE DEFENDANT PERAZA-RIVAS' FED RULE CRIM. PRO., R 59 APPEAL |

**STIPULATION**

The United States of America and defendants Jorge Peraza -Rivas and Armando Antonio Monroy , by and through their respective counsel, hereby stipulate and ask the Court to set the following briefing and hearing schedule regarding defendant Peraza-Rivas' Appeal from Magistrate James denial of his Discovery and *Brady* motion. The government and defendant Monroy shall file their responses by June 20, 2013 and defendant Peraza-Rivas shall file his reply and any additional briefing by June 26, 2013. The hearing on the appeal shall be set for ~~June 3,~~ July 3, 2013 at 3:00 PM in Courtroom 5, 17th Floor, San Francisco before Hon. Edward M. Chen.

Dated: June 5, 2013                              Respectfully submitted,

Stipulation and Order
CR 12-00010 EMC                          - 1 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MELINDA HAAG
United States Attorney

    /s/
Alexa Summer
Assistant United States Attorney


    /s/
Alan A. Dressler Esq.
Attorney for Defendant
Jorge Peraza-Rivas


    /s/
Steven Gruel, Esq.
Attorney for Defendant
Armando Antonio Monroy

1  Alan A. Dressler, Esq. (SBN 56916)
   400 Montgomery St., Ste 200
2  San Francisco, CA 94104
   Tel.  (415) 421-7980
3  Fax  (415) 421-7021
   E-Mail: alandressler@aol.com
4
   Attorney for Defendant
5

6                     UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8                         SAN FRANCISCO DIVISION

9
   UNITED STATES OF AMERICA,           )  No. CR 12-00010 EMC
10                                      )
            Plaintiff,                  )
11                                      )
         v.                             )  [PROPOSED] ORDER RE BRIEFING
12                                      )  SCHEDULE AND HEARING DATE RE
   ARMANDO ANTONIO MONROY               )  DEFENDANT PERAZA-RIVAS' FED
13  and JORGE PERAZA-RIVAS,             )  RULE CRIM. PRO., R 59 APPEAL
                                        )
14          Defendants.                 )
                                        )
15

16

17     GOOD CAUSE APPEARING, and pursuant to the stipulation of the United States of

18 America and defendants Jorge Peraza-Rivas and ARMANDO Antonio Monroy, IT IS HEREBY

19 ORDERED that the government and defendant Monroy shall file their responses by June 20,

20 2013. Defendant Peraza-Rivas shall file his reply and any additional briefing by June 26, 2013.

21 The hearing on the appeal is set for ~~June 3, 2013~~ July 3, 2013 at 3:00 PM in Courtroom 5, 17th Floor, San

22 Francisco.

23

24 **IT IS SO ORDERED.**

25

26 Dated:    6/5/13

27                                          HONORABLE _____
                                            UNITED STATES _____
28

    *IT IS SO ORDERED AS MODIFIED*
    Judge Edward M. Chen

Stipulation and Order
CR 12-00010 EMC                          - 3 -